

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00351-CV

| | | |
|---|---|---|
| WENXIN "CINDY" XIA, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF GARTH ROLLBROOK, LLC, Appellant | § § | On Appeal from the 442nd District Court of Denton County (20-7692-442) |
| V. | § | December 2, 2021 |
| RAYMOND FLOYD, Appellee | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's October 2, 2020 order. It is ordered that this order of the trial court is affirmed.

It is further ordered that appellant Wenxin "Cindy" Xia shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker

Justice Brian Walker